IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BENJAMIN E. SKIRVIN )
)
Plaintiff )
)
vs. )   1:10-cv-1004 WTL-DML
)
MARSH SUPERMARKETS, LLC )
)
Defendant )

COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

Plaintiff, by counsel and as her Complaint for Damages against Defendant, states as follows:

PARTIES, JURISDICTION AND VENUE

1. Plaintiff Benjamin E. Skirvin is a resident of Morgan County in the State of Indiana and a former employee of Defendant.

2. Defendant Marsh Supermarkets, LLC is a company that conducts business in Morgan County in the State of Indiana.

3. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission on August 4, 2009, alleging discrimination under the Age Discrimination in Employment Act (29 U.S.C.§ 621, *et seq.*)

4. The Equal Employment Opportunity Commission issued to Plaintiff his Right to Sue letter on May 26, 2010.

5. Plaintiff invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. § 1331 and 1343(a).

6. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

7. Plaintiff was terminated by Defendant when Plaintiff was 54 years of age.

8. Plaintiff belongs to a protected class of employees of Defendant by way of Plaintiff's age on the date of his termination by Defendant.

9. Plaintiff performed his job according to Defendant's legitimate expectations.

10. Similarly situated employees outside the protected class were treated more favorably by Defendant in that:

Defendant did not discipline and/or terminate younger employees for the same or similar infraction for which Plaintiff was disciplined/terminated.

11. Defendant willfully violated the Age Discrimination in Employment Act, or was indifferent to whether its actions violated the Age Discrimination in Employment Act.

12. As a result of the foregoing, Plaintiff has sustained damages including but not limited to, back pay, benefits, compensatory damages and emotional injury, costs and reasonable attorney's fees.

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of damages sufficient to compensate Plaintiff for his damages, punitive damages, for Plaintiff's attorney's fees incurred herein, costs, and for all other appropriate relief.

Respectfully submitted,

McCLURE McCLURE DAVIS & HENN

David M. Henn, 18002-49

REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.

Respectfully submitted,

McCLURE McCLURE DAVIS & HENN

_____
David M. Henn, 18002-49

McCLURE McCLURE DAVIS & HENN
170 North Madison Avenue
Greenwood, IN 46142
(317) 885-0041
(317) 885-0506 Fax